UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 13-118-HRW

JAMES AUSTIN, PLAINTIFF,

v. ORDER

KEVIN DENNIS, DEFENDANT.

This matter is before the Court on Plaintiff's repeated failure to comply with Court-ordered deadlines and his failure to prosecute the case. *Pro se* Plaintiff James Austin has failed to comply with this Court's Order to immediately advise the Clerk of any change in his current mailing address [Docket No. 9], and has failed to respond to the Defendant's Motion for Summary Judgment [Docket No. 25], as well as this Court's Order expressly requiring him to do so upon peril of the Court processing the Motion without hearing from the Plaintiff. [Docket No. 26]. The matter was referred to United States Magistrate Judge Candace J. Smith for Report and Recommendation.

Magistrate Judge Smith recommends that Plaintiff's Complaint be dismissed without prejudice under Federal Civil Rule 41(b) for lack of prosecution and for failure to comply with Orders of this Court and that Defendant's Motion for Summary Judgment be denied without prejudice. [Docket No. 28].

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the Report and Recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, IT IS THEREFORE ORDERED AND ADJUDGED,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 28] is hereby **APPROVED** and **ADOPTED** as and for the Opinion of this Court;

(2) Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** under Federal Civil Rule 41(b) for lack of prosecution and for failure to comply with Orders of this Court;

(3) Defendant's Motion for Summary Judgment be **OVERRULED WITHOUT PREJUDICE** in light of the recommended dismissal of this case; and,

(4) this action be **STRICKEN** from the active docket of this Court.

This 7th day of December, 2014.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge